IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN E. LIGHTFEATHER,<br><br>              Plaintiff,<br><br>    vs.<br><br>GRIEG GABLE, Warden, in his individual compacity; WOODSIDE, case manager, in her individual compacity; DOUGLAS JUNE, SGT, in his individual compacity; STURIK, Behavioral case worker in her individual compacity; MASUDI, Behavioral case worker in his individual compacity; ANNA LEWIS, Behavioral case worker in her individual compacity; GRADDY, Corpral, in her individual compacity; AL-AMIRI, Corpral, in his individual compacity; KARAM ADAM, Corpral, in his individual compacity; ST. GERMAINJR., Corpral, in his individual compacity; JENSEN, Behavioral case worker, in his individual compacity; DUSTIN BUNDY, SGT., in his individual compacity; CROSS, Corpral, in his individual compacity; RUMPKIN, SGT., in his individual compacity; LINCOLN POLICE DEPARTMENT OF LANCASTER COUNTY, MCCORD, Officer, in his individual compacity; PATRICK CONDON, Lincoln NE. County Attorney, in his individual compacity; and NEB STATE PATROL, in their individual compacity;<br><br>              Defendants. | 8:25CV441<br><br>**MEMORANDUM AND ORDER** |

      On August 4, 2025, the Court ordered Plaintiff to pay the $405.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. Filing No. 8. To date, Plaintiff has not paid the

fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 30th day of September, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge